09 md 2013

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Mar 10, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 20, 2009**

FILED
CLERK'S OFFICE

IN RE: FANNIE MAE SECURITIES AND EMPLOYEE
RETIREMENT INCOME SECURITY ACT (ERISA)
LITIGATION

    David Gwyer v. Federal National Mortgage Association )
    Compensation Committee, et al., )
        D. District of Columbia, C.A. No. 1:08-2028 )
    Hilda Gordon v. Citigroup Global Markets, Inc., )
        S.D. Florida, C.A. No. 9:08-81178 )

MDL No. 2013



U.S. DISTRICT COURT
FILED
MAR 10 2009
S.D. OF N.Y.

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 11, 2009, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Gerard E. Lynch.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Lynch.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 11, 2009, and, with the consent of that court, assigned to the Honorable Gerard E. Lynch.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 10, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel