|  |  |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Tanisha Spinner on Jul 06, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | U.S. DISTRICT COURT<br>FILED<br>JUL 07 2009<br>S.D. OF N.Y. |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 17, 2009

FILED
CLERK'S OFFICE

IN RE: FANNIE MAE SECURITIES AND
EMPLOYEE RETIREMENT INCOME SECURITY
ACT (ERISA) LITIGATION

Comprehensive Investment Services, Inc.
    v. Daniel H. Mudd, et al., S.D. Texas,
    C.A. No. 4:09-1444



MDL No. 2013

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 11, 2009, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 598 F.Supp.2d 1374 (J.P.M.L. 2009). Since that time, two additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Gerard E. Lynch.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Lynch.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 11, 2009, and, with the consent of that court, assigned to the Honorable Gerard E. Lynch.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is<br>pending at this time, the<br>stay is lifted.<br><br>**Jul 06, 2009**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>_____<br>Jeffery N. Lüthi<br>Clerk of the Panel |