

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Aug 28, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

Aug 28, 2009

FILED
CLERK'S OFFICE

**IN RE: FANNIE MAE SECURITIES AND
EMPLOYEE RETIREMENT INCOME SECURITY
ACT (ERISA) LITIGATION**

*o9*
MDL No. 2013

## ORDER REASSIGNING LITIGATION

On August 27, 2009, the Panel was notified that the actions in the above litigation have been reassigned to the Honorable Paul A. Crotty by the Southern District of New York.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Paul A. Crotty for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman