

| A CERTIFIED TRUE COPY<br>ATTEST<br>By Teresa Bishop on Mar 29, 2010<br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Mar 12, 2010<br><br>FILED<br>CLERK'S OFFICE |

IN RE: FANNIE MAE SECURITIES AND
EMPLOYEE RETIREMENT INCOME SECURITY
ACT (ERISA) LITIGATION
    Edward Smith v. Federal National Mortgage Association,   )     09 md 2013
    et al., S.D. California, C.A. No. 3:10-433                       )     MDL No. 2013

### CONDITIONAL TRANSFER ORDER (CTO-4)

On February 11, 2009, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 598 F.Supp.2d 1374 (J.P.M.L. 2009). Since that time, three additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Crotty.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Crotty.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 11, 2009, and, with the consent of that court, assigned to the Honorable Paul A. Crotty.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

                                      FOR THE PANEL:

                                      Jeffery N. Lüthi
                                      Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Mar 29, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FANNIE MAE SECURITIES AND
EMPLOYEE RETIREMENT INCOME SECURITY      MDL No. 2013
ACT (ERISA) LITIGATION

## PANEL SERVICE LIST (CTO-4)

Jeffrey S. Abraham
ABRAHAM FRUCHTER & TWERSKY
One Penn Plaza
Suite 2805
New York, NY 10119-2900

David T. Aronberg
LAW OFFICES OF ARONBERG &
ARONBERG
2160 West Atlantic Avenue
2nd Floor
Delray Beach, FL 33445

Jeffrey C. Block
BERMAN DEVALERIO
One Liberty Square
8th Floor
Boston, MA 02109

James E. Brandt
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022

Jules Brody
STULL STULL & BRODY
6 East 45th Street
Suite 500
New York, NY 10017

Kent Andrew Bronson
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Vincent R. Cappucci
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, NY 10017

Solomon B. Cera
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105-2835

Michael J. Chepiga
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

John J. Clarke, Jr.
DLA PIPER US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

John P. Coffey
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019