USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: September 6, 2013

## ORDER

Re: In re 2008 Fannie Mae Securities Litigation, No. 09-cv-01350-PAC (09 MDL 2013)

Defendants may move for reconsideration of the Court's Opinion and Order, dated October 22, 2012. The motion must be made by Monday, September 23, 2013; it must be limited to the issue of why the Second Circuit's recent decision on *Rinehart, et al. v. Akers, et al.* compels a different result; and the memo of law is limited to 15, double spaced pages. Plaintiffs' response is subject to the same page limitations and is due on Friday, October 4, 2013. Defendants' reply of no more than 7 pages will be due on Friday, October 11, 2013.

Dated: New York, New York
       September 6, 2013

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge